ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LYNN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNN TRUONG,<br><br>    Defendant. | CASE NO.  1:07-CR-316 LJO<br><br>**ORDER EXCUSING<br>PERSONAL PRESENCE<br>OF DEFENDANT** |

It is hereby ordered that defendant Lynn Truong be excused from personal presence at the hearing for status conference calendared for August 27, 2010.

Ms. Truong is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED.

**Dated:   August 26, 2010**             /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

1