ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LYNN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07-CR-316 LJO |
| Plaintiff, | ) | |
| | ) | **ORDER EXCUSING** |
| v. | ) | **PERSONAL PRESENCE** |
| | ) | **OF DEFENDANT** |
| LYNN TRUONG, | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that defendant Lynn Truong be excused from personal presence at the hearing for status conference calendared for July 15, 2011.

Ms. Truong is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED.

**Dated:    July 12, 2011**          _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE

1