ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LYNN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>               )<br>     Plaintiff,    )<br>               )<br>     v.         )<br>               )<br>LYNN TRUONG,          )<br>               )<br>     Defendant.    )<br>_____) | CASE NO.  1:07-CR-316 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently scheduled for August 27, 2012, be continued to October 1, 2012 at 8:30 a.m.

    This continuance is necessitated by the recent foreclosure sale of the property in Willits, California.  Because said sale occurred within the last week, the paperwork needed by the parties to evaluate the actual loss suffered, is not yet available.  The requested court date will afford the parties and the probation officer sufficient time to obtain and analyze documents, as well as to make the necessary calculations to determine the appropriate advisory guideline range.  In addition, the present sentencing date would require the probation officer to file the draft presentence report on July 23, 2012, before all needed information was available to him.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1
2  DATED: July 17, 2012           /s/ Karen Escobar
3                                 KAREN ESCOBAR
                                  Assistant United States Attorney
4                                 **This was agreed to by Ms. Escobar via email on July 17, 2012**
5
   DATED: July 17, 2012           /s/ Roger K. Litman
6                                 ROGER K. LITMAN
                                  Attorney for Defendant
7                                 LYNN TRUONG

8  Good cause is stated.  Granted.

9  IT IS SO ORDERED.

10 **Dated:   July 18, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28